Marc C. Capone, Esq.
Capone & Keefe, P.C.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Attorneys for Debtors

Order Filed on April 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| | |
|---|---|
| In Re: | Case No.:   **18-15846** |
| **Erik W. and Lisa M. Yakow** | Judge: **Kathryn C. Ferguson** |
| | Chapter:   **13** |

### ORDER EXTENDING AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: April 18, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s):    **Erik W. and Lisa M. Yakow**
Case No.:    **18-15846 (KCF)**
Caption of Order:    **Order Extending the Automatic Stay as to All Creditors**

Upon the motion of Marc C. Capone, Esq. on behalf of the Debtor, to Extend the Automatic Stay as to All Creditors pursuant to 11 U.S.C. §362(c)(3), as hereinafter set forth, and for cause shown, it is

**ORDERED** that the Automatic Stay pursuant to 11 U.S.C. §362, as to All Creditors, be and hereby is extended for the duration of the Debtor's Chapter 13 case.