Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–15846–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Erik W. Yakow | Lisa M. Yakow |
| 241 Midland Blvd | 241 Midland Blvd |
| Howell, NJ 07731–1205 | Howell, NJ 07731–1205 |

Social Security No.:
  xxx–xx–8835                                          xxx–xx–8537

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 30, 2018.

On February 24, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: April 9, 2019
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 27, 2019
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-15846-MBK
Erik W. Yakow                                                         Chapter 13
Lisa M. Yakow
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Feb 28, 2019
                                  Form ID: 185          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2019.

| ID | Recipient |
|---|---|
| db/jdb | Erik W. Yakow, Lisa M. Yakow, 241 Midland Blvd, Howell, NJ 07731-1205 |
| cr | +U.S. Bank National Association, RAS Crane, LLC, 10700 Abbott's Bridge Road, suite 170, Duluth, GA 30097-8461 |
| 517409994 | ARM Solutions, PO Box 2929, Camarillo, CA 93011-2929 |
| 517409995 | ++BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 (address filed with court: Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238) |
| 517409996 | Bureau of Accounts Control, PO Box 538, Howell, NJ 07731-0538 |
| 517409997 | Central Jersey Emergency Medicine Assoc, PO Box 7200, Freehold, NJ 07728-7200 |
| 517409999 | Comenitycapital/fe21cc, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 517410001 | Freehold Area Radiology, PO Box 6548, Freehold, NJ 07728-6548 |
| 517410002 | +Hackensack Meridian Health Physician, PO Box 419801, Boston, MA 02241-9801 |
| 517410003 | Jersey Shore Anesthesiology, PO Box 307, Neptune, NJ 07754-0307 |
| 517410004 | Jersey Shore University Med Ctr, PO Box 650292, Dallas, TX 75265-0292 |
| 517410005 | Jersey Shore University Medical, Quality Asset Recovery LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 517410006 | KML Law Group, 316 Haddon Ave Ste 406, Westmont, NJ 08108-1235 |
| 517410007 | Mr. Cooper/Nationstar Mtg, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517410008 | New Jersey E-ZPass- RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 517410010 | Pennslyvania Turmpike Commission, Violation Processing Center, 300 E Park Dr, Harrisburg, PA 17111-2729 |
| 517410012 | Pennslyvania Turnpike Commission, Violation Processing Center, 300 E Park Dr, Harrisburg, PA 17111-2729 |
| 517410011 | Pennslyvania Turnpike Commission, Professional Account Management, PO Box 1153, Milwaukee, WI 53201-1153 |
| 517410015 | Princeton House Behavioral Health, 300 Clocktower Dr, Hamilton, NJ 08690-3010 |
| 517410016 | Professional Account Management, PO Box 1153, Milwaukee, WI 53201-1153 |
| 517410017 | Rmb Inc-Centra State Medical Ctr, 409 Bearden Park Cir # C, Knoxville, TN 37919-7448 |
| 517410018 | Scott H. Sekular, Esq., 208 Monmouth Rd, Oakhurst, NJ 07755-1568 |
| 517410019 | Simons Agency, Inc.-Meridian Medical Grp, Attn: Bankruptcy, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517410020 | Trans-Continental Credit & Collection, PO Box 5055, White Plains, NY 10602-5055 |
| 517562361 | +U.S. Bank National Association, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 517410022 | Wells Fargo Bank, PO Box 5058, Portland, OR 97208-5058 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| ID | Recipient |
|---|---|
| smg | E-mail/Text: usanj.njbankr@usdoj.gov Mar 01 2019 00:20:13 U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 01 2019 00:20:10 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517409998 | E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 01 2019 00:19:58 Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 517410000 | E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 01 2019 00:20:53 Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 517525341 | +E-mail/Text: bankruptcydpt@mcmcg.com Mar 01 2019 00:20:09 Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517410009 | E-mail/Text: Jerry.Bogar@conduent.com Mar 01 2019 00:21:08 New Jersey Turnpike Authority/E-Z Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517410013 | E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2019 00:24:54 Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4962 |
| 517486855 | E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2019 00:46:04 Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517494414 | E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2019 00:24:22 Portfolio Recovery Associates, LLC, c/o Forever 21, POB 41067, Norfolk VA 23541 |
| 517410014 | E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2019 00:24:22 Portfolio Recovery-Synchrony Bank, PO Box 41067, Norfolk, VA 23541-1067 |
| 517550367 | E-mail/Text: bnc-quantum@quantum3group.com Mar 01 2019 00:20:04 Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517412477 | +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2019 00:24:48 Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517410021 | E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 01 2019 00:19:17 Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |
| 517553493 | +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 01 2019 00:35:26 Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

                                                                                                                      TOTAL: 14

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 28, 2019
                              Form ID: 185             Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517409993      ##ACB Receivables,    19 Main St,    Asbury Park, NJ   07712-7012
                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marc C Capone    on behalf of Joint Debtor Lisa M. Yakow 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com
              Marc C Capone    on behalf of Debtor Erik W. Yakow 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association
               rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, ET AL
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```