**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security   **0** Assumption of Executory Contract or Unexpired Lease   **0** Lien Avoidance

**Last Revised September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                                                                                                          Case No. **3:18-bk-15846**

                                                                                                                                Judge _____

**Yakow, Erik W. & Yakow, Lisa M.**
                          Debtor(s)

## AMENDED CHAPTER 13 PLAN AND MOTIONS

[ ] Original                    [X] Modified/Notice Required              Date: **February 19, 2019**

[ ] Motions Included            [ ] Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

[ ] DOES **[X]** DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

[ ] DOES **[X]** DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

[ ] DOES **[X]** DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: **MCC**        Initial Debtor: **EWY**        Initial Co-Debtor: **LMY**

**Part 1: Payment and Length of Plan**

a. The debtor has paid **$3,600.00** to date and then shall pay $ **200.00** per **month** to the Chapter 13 Trustee, starting on **3/01/2019** for approximately **30** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
   **[X]** Future Earnings
   **[ ]** Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
   **[ ]** Sale of real property
   Description:
   Proposed date for completion: _____

   **[ ]** Refinance of real property
   Description:
   Proposed date for completion: _____

   **[ ]** Loan modification with respect to mortgage encumbering property
   Description:
   Proposed date for completion: _____

d. **[ ]** The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. **[ ]** Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection [X] NONE**

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Gillman, Bruton & Capone, LLC** | Administrative Expense | **1,750.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
**[X]** None
**[ ]** The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

**Part 4: Secured Claims**

2

**a. Curing Default and Maintaining Payments on Principal Residence: [X]NONE**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [X] NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506: [X] NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| **None** | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [X] NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim

3

shall discharge the corresponding lien.

### e. Surrender [X] NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **None** | | | |

### f. Secured Claims Unaffected by the Plan [ ] NONE

The following secured claims are unaffected by the Plan:
**Mr. Cooper/Nationstar Mtg**

### g. Secured Claims to Be Paid in Full Through the Plan [X] NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **None** | | |

## Part 5: Unsecured Claims [ ] NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

___ Not less than $ _____ to be distributed *pro rata*
 **X**  Not less than **100.00** percent
___ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

## Part 6: Executory Contracts and Unexpired Leases [X] NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **None** | | | | |

## Part 7: Motions [ ] NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).** [  ] **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

**b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured.** [X] **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **None** | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** [X] **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **None** | | | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

  **X**  Upon Confirmation
  ___ Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) **Trustee Commissions**
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**

    6) **General Unsecured Claims**

    **d. Post-petition claims** The Standing Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification [ ] NONE**

If this plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: **4/06/2019**

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| **Debtors received a loan modification.** | **Plan removes the loan modification provisiions.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[ ]** Yes  **[X]** No

**Part 10: Non-Standard Provision(s): Signatures Required**

    Non-Standard Provisions Requiring Separate Signatures:

**[X]** NONE
**[ ]** Explain here:

    Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

| Date: 2/19/2019 | ***/s/ Erik W. Yakow***<br>Debtor |
|---|---|
| Date: 2/19/2019 | ***/s/ Lisa M. Yakow***<br>Joint Debtor |
| Date: 2/19/2019 | ***/s/ Marc C. Capone***<br>Attorney for the Debtor(s) |

6

United States Bankruptcy Court
District of New Jersey

In re:  
Erik W. Yakow  
Lisa M. Yakow  
    Debtors

Case No. 18-15846-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Feb 28, 2019  
                       Form ID: pdf901      Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2019.

```
db/jdb         Erik W. Yakow,    Lisa M. Yakow,    241 Midland Blvd,    Howell, NJ 07731-1205
cr            +U.S. Bank National Association,    RAS Crane, LLC,    10700 Abbott's Bridge Road, suite 170,
               Duluth, GA 30097-8461
517409994      ARM Solutions,    PO Box 2929,    Camarillo, CA 93011-2929
517409995     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    Attn: Bankruptcy,    PO Box 982238,
               El Paso, TX 79998-2238)
517409996      Bureau of Accounts Control,    PO Box 538,    Howell, NJ 07731-0538
517409997      Central Jersey Emergency Medicine Assoc,    PO Box 7200,    Freehold, NJ 07728-7200
517409999      Comenitycapital/fe21cc,    Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
517410001      Freehold Area Radiology,    PO Box 6548,    Freehold, NJ 07728-6548
517410002     +Hackensack Meridian Health Physician,    PO Box 419801,    Boston, MA 02241-9801
517410003      Jersey Shore Anesthesiology,    PO Box 307,    Neptune, NJ 07754-0307
517410004      Jersey Shore University Med Ctr,    PO Box 650292,    Dallas, TX 75265-0292
517410005      Jersey Shore University Medical,    Quality Asset Recovery LLC,    PO Box 239,
               Gibbsboro, NJ 08026-0239
517410006      KML Law Group,    316 Haddon Ave Ste 406,    Westmont, NJ 08108-1235
517410007      Mr. Cooper/Nationstar Mtg,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517410008      New Jersey E-ZPass- RMCB,    PO Box 1235,    Elmsford, NY 10523-0935
517410010      Pennslyvania Turmpike Commission,    Violation Processing Center,    300 E Park Dr,
               Harrisburg, PA 17111-2729
517410012      Pennslyvania Turnpike Commission,    Violation Processing Center,    300 E Park Dr,
               Harrisburg, PA 17111-2729
517410011      Pennslyvania Turnpike Commission,    Professional Account Management,    PO Box 1153,
               Milwaukee, WI 53201-1153
517410015      Princeton House Behavioral Health,    300 Clocktower Dr,    Hamilton, NJ 08690-3010
517410016      Professional Account Management,    PO Box 1153,    Milwaukee, WI 53201-1153
517410017      Rmb Inc-Centra State Medical Ctr,    409 Bearden Park Cir # C,    Knoxville, TN 37919-7448
517410018      Scott H. Sekular, Esq.,    208 Monmouth Rd,    Oakhurst, NJ 07755-1568
517410019      Simons Agency, Inc.-Meridian Medical Grp,    Attn: Bankruptcy,    4963 Wintersweet Dr,
               Liverpool, NY 13088-2176
517410020      Trans-Continental Credit & Collection,    PO Box 5055,    White Plains, NY 10602-5055
517562361     +U.S. Bank National Association,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
               ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
517410022      Wells Fargo Bank,    PO Box 5058,    Portland, OR 97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 01 2019 00:20:13      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 01 2019 00:20:10      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517409998      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 01 2019 00:19:58
               Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    PO Box 182125,
               Columbus, OH 43218-2125
517410000      E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 01 2019 00:20:53
               Credit Collection Services,    725 Canton St,    Norwood, MA 02062-2679
517525341     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 01 2019 00:20:09      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
517410009      E-mail/Text: Jerry.Bogar@conduent.com Mar 01 2019 00:21:08
               New Jersey Turnpike Authority/E-Z Pass,    Violations Processing Center,    PO Box 4971,
               Trenton, NJ 08650-4971
517410013      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2019 00:23:49
               Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
517486855      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2019 00:24:23
               Portfolio Recovery Associates, LLC,    C/O Synchrony Bank,    POB 41067,    Norfolk VA 23541
517494414      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2019 00:46:25
               Portfolio Recovery Associates, LLC,    c/o Forever 21,    POB 41067,    Norfolk VA 23541
517410014      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2019 00:24:22
               Portfolio Recovery-Synchrony Bank,    PO Box 41067,    Norfolk, VA 23541-1067
517550367      E-mail/Text: bnc-quantum@quantum3group.com Mar 01 2019 00:20:03
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
517412477     +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2019 00:24:45      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517410021      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 01 2019 00:19:17
               Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
               Weldon Spring, MO 63304-2225
517553493     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 01 2019 00:35:26      Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14
```

```
District/off: 0312-3           User: admin              Page 2 of 2                  Date Rcvd: Feb 28, 2019
                               Form ID: pdf901          Total Noticed: 40
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517409993      ##ACB Receivables,   19 Main St,   Asbury Park, NJ   07712-7012
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2019 at the address(es) listed below:
              Albert   Russo     docs@russotrustee.com
              Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marc C Capone     on behalf of Joint Debtor Lisa M. Yakow 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com
              Marc C Capone     on behalf of Debtor Erik W. Yakow 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com
              Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank National Association
               rsolarz@kmllawgroup.com
              Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank National Association, as Trustee, ET AL
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```