UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GILLMAN, BRUTON & CAPONE, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166

In Re:

Erik and Lisa Yakow

**Order Filed on March 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    18-15846

Chapter:    13

Judge:    Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 19, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc C. Capone _____, the applicant, is allowed a fee of $ _____ 900.00 _____ for services rendered and expenses in the amount of $_____ 0.00 _____ for a total of $_____ 900.00 _____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ NA _____ per month for _____ NA _____ months to allow for payment of the above fee.

*rev.8/1/15*