UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

CXE 20-027182
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
ATTORNEYS FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES 2007-6, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE

Order Filed on March 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

ERIK W. YAKOW AND LISA M. YAKOW, DEBTORS

CASE NO.: 18-15846-MBK

JUDGE: HONORABLE MICHAEL B. KAPLAN

CHAPTER: 13

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: March 25, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Lehman XS Trust Mortgage Pass-Through Certificates 2007-6, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make post-petition payments on a mortgage obligation and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtors are currently delinquent in post-petition payments to Secured Creditor for the months of February 1, 2020 in the total amount of $2,005.86, less a suspense of $1.31, for a total arrearage of $2,004.55.

2. To cure the delinquency outlined in Paragraph One (1), debtor agrees to remit monthly cure payments in the amount of $334.10 for the months of April 1, 2020 through August 1, 2020 and one (1) final cure payment of $334.05 for the month of September 1, 2020.

3. Starting March 1, 2020, Debtor also agrees to maintain all contractually due payments to Secured Creditor, which currently amount to $2,005.86.

4. Payments should be submitted to the Secured Creditor via Certified Check to the below address:

Nationstar Mortgage, LLC dba Mr. Cooper
PO Box 619094
Dallas, TX 75261-9741

5. Debtors shall reimburse Secured Creditor $500.00 in attorney fees and $181.00 in court costs through the remaining Chapter 13 Plan. The Standing Trustee shall amend his/her records to reflect same.

6. If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/ Charles G. Wohlrab                                                   Date: 03/17/2020
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____                                                Date: 3/17/2020
Marc C. Capone, Esquire
Attorney for the Debtors

United States Bankruptcy Court
District of New Jersey

In re:  
Erik W. Yakow  
Lisa M. Yakow  
    Debtors

Case No. 18-15846-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 26, 2020  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.  
db/jdb         Erik W. Yakow,    Lisa M. Yakow,    241 Midland Blvd,    Howell, NJ   07731-1205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:

             Albert Russo    docs@russotrustee.com  
             Charles G. Wohlrab    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to B cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
             Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
             Marc C Capone    on behalf of Debtor Erik W. Yakow ecf@gbclawgroup.com, mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com  
             Marc C Capone    on behalf of Joint Debtor Lisa M. Yakow ecf@gbclawgroup.com, mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com  
             Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association rsolarz@kmllawgroup.com  
             Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, ET AL rsolarz@kmllawgroup.com  
             Sindi Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com  
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                     TOTAL: 9