Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–15846–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Erik W. Yakow
241 Midland Blvd
Howell, NJ 07731–1205

Lisa M. Yakow
241 Midland Blvd
Howell, NJ 07731–1205

Social Security No.:
  xxx–xx–8835

                        xxx–xx–8537

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 15, 2019.

On July 27, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:               September 1, 2020
Time:              10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
of a secure claim, such holders acceptance or rejection of the Plan before modification will
be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 28, 2020
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-15846-MBK
Erik W. Yakow                                                             Chapter 13
Lisa M. Yakow
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Jul 28, 2020
                               Form ID: 185             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2020.
db/jdb         Erik W. Yakow,   Lisa M. Yakow,   241 Midland Blvd,   Howell, NJ  07731-1205
cr             +U.S. Bank National Association,   RAS Crane, LLC,   10700 Abbott's Bridge Road, suite 170,
                Duluth, GA 30097-8461
517409993      ACB Receivables,   19 Main St,   Asbury Park, NJ  07712-7012
517409994      ARM Solutions,   PO Box 2929,   Camarillo, CA  93011-2929
517409995      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   Attn: Bankruptcy,   PO Box 982238,
                El Paso, TX  79998-2238)
517409996      Bureau of Accounts Control,   PO Box 538,   Howell, NJ  07731-0538
517409997      Central Jersey Emergency Medicine Assoc,   PO Box 7200,   Freehold, NJ  07728-7200
517410001      Freehold Area Radiology,   PO Box 6548,   Freehold, NJ  07728-6548
517410002      +Hackensack Meridian Health Physician,   PO Box 419801,   Boston, MA 02241-9801
517410003      Jersey Shore Anesthesiology,   PO Box 307,   Neptune, NJ  07754-0307
517410004      Jersey Shore University Med Ctr,   PO Box 650292,   Dallas, TX  75265-0292
517410005      Jersey Shore University Medical,   Quality Asset Recovery LLC,   PO Box 239,
                Gibbsboro, NJ  08026-0239
517410006      KML Law Group,   316 Haddon Ave Ste 406,   Westmont, NJ  08108-1235
517410007      Mr. Cooper/Nationstar Mtg,   8950 Cypress Waters Blvd,   Coppell, TX  75019-4620
517410008      New Jersey E-ZPass- RMCB,   PO Box 1235,   Elmsford, NY  10523-0935
517410010      Pennslyvania Turmpike Commission,   Violation Processing Center,   300 E Park Dr,
                Harrisburg, PA  17111-2729
517410012      Pennslyvania Turnpike Commission,   Violation Processing Center,   300 E Park Dr,
                Harrisburg, PA  17111-2729
517410011      Pennslyvania Turnpike Commission,   Professional Account Management,   PO Box 1153,
                Milwaukee, WI  53201-1153
517410015      Princeton House Behavioral Health,   300 Clocktower Dr,   Hamilton, NJ  08690-3010
517410016      Professional Account Management,   PO Box 1153,   Milwaukee, WI  53201-1153
517410017      Rmb Inc-Centra State Medical Ctr,   409 Bearden Park Cir # C,   Knoxville, TN  37919-7448
517410018      Scott H. Sekular, Esq.,   208 Monmouth Rd,   Oakhurst, NJ  07755-1568
517410019      Simons Agency, Inc.-Meridian Medical Grp,   Attn: Bankruptcy,   4963 Wintersweet Dr,
                Liverpool, NY  13088-2176
517410020      Trans-Continental Credit & Collection,   PO Box 5055,   White Plains, NY  10602-5055
517562361      +U.S. Bank National Association,   Nationstar Mortgage LLC d/b/a Mr. Cooper,
                ATTN: Bankruptcy Dept,   PO Box 619096,   Dallas TX 75261-9096
517410022      Wells Fargo Bank,   PO Box 5058,   Portland, OR  97208-5058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 28 2020 23:12:03     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 28 2020 23:12:01     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517409998      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 28 2020 23:11:45
                Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,   PO Box 182125,
                Columbus, OH  43218-2125
517409999      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 28 2020 23:11:45     Comenitycapital/fe21cc,
                Attn: Bankruptcy Dept,   PO Box 182125,   Columbus, OH  43218-2125
517410000      E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 28 2020 23:12:31
                Credit Collection Services,   725 Canton St,   Norwood, MA  02062-2679
517525341      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 28 2020 23:12:01     Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
517410009      E-mail/Text: Jerry.Bogar@conduent.com Jul 28 2020 23:12:36
                New Jersey Turnpike Authority/E-Z Pass,   Violations Processing Center,   PO Box 4971,
                Trenton, NJ  08650-4971
517410013      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2020 23:20:03
                Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA  23502-4962
517486855      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2020 23:20:04
                Portfolio Recovery Associates, LLC,   C/O Synchrony Bank,   POB 41067,   Norfolk VA 23541
517494414      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2020 23:20:55
                Portfolio Recovery Associates, LLC,   c/o Forever 21,   POB 41067,   Norfolk VA 23541
517410014      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2020 23:20:28
                Portfolio Recovery-Synchrony Bank,   PO Box 41067,   Norfolk, VA  23541-1067
517550367      E-mail/Text: bnc-quantum@quantum3group.com Jul 28 2020 23:11:54
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
517412477      +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2020 23:19:53     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1021
517410021      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 28 2020 23:11:12
                Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
                Weldon Spring, MO  63304-2225
517553493      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2020 23:20:37     Verizon,
                by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 15

```
District/off: 0312-3        User: admin             Page 2 of 2          Date Rcvd: Jul 28, 2020
                           Form ID: 185             Total Noticed: 41
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2020 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Elizabeth L. Wassall    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
           SERIES 2007-6, U.S. Bank National Association, as Trustee, successor in interest to Wilmington
           Trust Company, as Trustee, successor in interest to B ewassall@logs.com,
           njbankruptcynotifications@logs.com
          Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marc C Capone    on behalf of Joint Debtor Lisa M. Yakow ecf@gbclawgroup.com,
           mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawg
           roup.com;jgillman@ecf.courtdrive.com
          Marc C Capone    on behalf of Debtor Erik W. Yakow ecf@gbclawgroup.com,
           mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawg
           roup.com;jgillman@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association
           rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, ET AL
           rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 10
```