Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−15846−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Erik W. Yakow
241 Midland Blvd
Howell, NJ 07731−1205

Lisa M. Yakow
241 Midland Blvd
Howell, NJ 07731−1205

Social Security No.:
xxx−xx−8835

xxx−xx−8537

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on October 7, 2020.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 7, 2020
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Erik W. Yakow  
Lisa M. Yakow  
    Debtor(s)

Case No. 18-15846-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 07, 2020      Form ID: 148      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Erik W. Yakow, Lisa M. Yakow, 241 Midland Blvd, Howell, NJ 07731-1205 |
| cr | + | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbott's Bridge Road, suite 170, Duluth, GA 30097-8461 |
| 517409993 | | ACB Receivables, 19 Main St, Asbury Park, NJ 07712-7012 |
| 517409994 | | ARM Solutions, PO Box 2929, Camarillo, CA 93011-2929 |
| 517409996 | | Bureau of Accounts Control, PO Box 538, Howell, NJ 07731-0538 |
| 517409997 | | Central Jersey Emergency Medicine Assoc, PO Box 7200, Freehold, NJ 07728-7200 |
| 517410001 | # | Freehold Area Radiology, PO Box 6548, Freehold, NJ 07728-6548 |
| 517410002 | + | Hackensack Meridian Health Physician, PO Box 419801, Boston, MA 02241-9801 |
| 517410003 | | Jersey Shore Anesthesiology, PO Box 307, Neptune, NJ 07754-0307 |
| 517410004 | | Jersey Shore University Med Ctr, PO Box 650292, Dallas, TX 75265-0292 |
| 517410005 | | Jersey Shore University Medical, Quality Asset Recovery LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 517410006 | | KML Law Group, 316 Haddon Ave Ste 406, Westmont, NJ 08108-1235 |
| 517410007 | | Mr. Cooper/Nationstar Mtg, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517410008 | | New Jersey E-ZPass- RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 517410010 | | Pennslyvania Turmpike Commission, Violation Processing Center, 300 E Park Dr, Harrisburg, PA 17111-2729 |
| 517410012 | | Pennslyvania Turnpike Commission, Violation Processing Center, 300 E Park Dr, Harrisburg, PA 17111-2729 |
| 517410011 | | Pennslyvania Turnpike Commission, Professional Account Management, PO Box 1153, Milwaukee, WI 53201-1153 |
| 517410015 | | Princeton House Behavioral Health, 300 Clocktower Dr, Hamilton, NJ 08690-3010 |
| 517410016 | | Professional Account Management, PO Box 1153, Milwaukee, WI 53201-1153 |
| 517410017 | | Rmb Inc-Centra State Medical Ctr, 409 Bearden Park Cir # C, Knoxville, TN 37919-7448 |
| 517410018 | | Scott H. Sekular, Esq., 208 Monmouth Rd, Oakhurst, NJ 07755-1568 |
| 517410019 | | Simons Agency, Inc.-Meridian Medical Grp, Attn: Bankruptcy, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517410020 | | Trans-Continental Credit & Collection, PO Box 5055, White Plains, NY 10602-5055 |
| 517562361 | + | U.S. Bank National Association, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2020 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2020 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517409995 | | EDI: BANKAMER.COM | Oct 08 2020 01:43:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 517409998 | | EDI: WFNNB.COM | Oct 08 2020 01:43:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 517409999 | | EDI: WFNNB.COM | Oct 08 2020 01:43:00 | Comenitycapital/fe21cc, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517410000 | | EDI: CCS.COM | Oct 08 2020 01:43:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 517525341 | + | EDI: MID8.COM | Oct 08 2020 01:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517410009 | | Email/Text: Jerry.Bogar@conduent.com | Oct 07 2020 22:18:00 | New Jersey Turnpike Authority/E-Z Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517410013 | | EDI: PRA.COM | Oct 08 2020 01:43:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4962 |
| 517486855 | | EDI: PRA.COM | Oct 08 2020 01:43:00 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517494414 | | EDI: PRA.COM | Oct 08 2020 01:43:00 | Portfolio Recovery Associates, LLC, c/o Forever 21, POB 41067, Norfolk VA 23541 |
| 517410014 | | EDI: PRA.COM | Oct 08 2020 01:43:00 | Portfolio Recovery-Synchrony Bank, PO Box 41067, Norfolk, VA 23541-1067 |
| 517550367 | | EDI: Q3G.COM | Oct 08 2020 01:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517412477 | + | EDI: RMSC.COM | Oct 08 2020 01:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517410021 | | EDI: VERIZONCOMB.COM | Oct 08 2020 01:43:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |
| 517553493 | + | EDI: AIS.COM | Oct 08 2020 01:43:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517410022 | | EDI: WFFC.COM | Oct 08 2020 01:43:00 | Wells Fargo Bank, PO Box 5058, Portland, OR 97208-5058 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | * | Lisa M. Yakow, 241 Midland Blvd, Howell, NJ 07731-1205 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020    Signature:    /s/Joseph Speetjens

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Oct 07, 2020 | Form ID: 148 | Total Noticed: 41

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Elizabeth L. Wassall | on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-6, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to B ewassall@logs.com, njbankruptcynotifications@logs.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Marc C Capone | on behalf of Joint Debtor Lisa M. Yakow ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Debtor Erik W. Yakow ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association rsolarz@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association  as Trustee, ET AL rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association smncina@rascrane.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10